

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2009

**BY FACSIMILE**

The Honorable Loretta A. Preska, Chief Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9.25.09

Re:    United States v. Luis Armando Pena Soltren
       68 Cr. 1024

Dear Judge Preska:

I write to ask that the Court re-assign the above captioned case to a District Court Judge. The Government understands that the case is currently on the Court's suspense docket and was previously assigned to District Court Judge Pierce. I've spoken with Phyllis from Dorothy Guranich's office who informed me that I should write a letter to Your Honor detailing my request.

By way of background, an arrest warrant and complaint were filed on December 5, 1968, charging the defendant and several co-conspirators with, among other things, air piracy and kidnapping. An indictment was returned on December 20, 1968. I enclose the complaint, indictment and arrest warrants for the Court's convenience.

Since that time, the defendant has been a fugitive and I am informed that the case was placed on the Court's suspense docket and closed for administrative purposes. The Government requests that the case be <u>returned to the Court's active docket and re-assigned to a sitting District Court Judge</u>. The Government believes that the defendant will be returning to the United States shortly and as such, the Government requests that the matter be placed on the Court's active docket.

SO ORDERED                                Respectfully submitted,

*Loretta A. Preska*

LORETTA A. PRESKA                         PREET BHARARA
UNITED STATES DISTRICT JUDGE              United States Attorney

September 25,                    By:    *Ryan P. Poscablo*
2009
                                         Ryan R. Poscablo
                                         Assistant United States Attorney
                                         Tel.: (212) 637-2634

Enclosures